B1 (Official Form 1) (4/10)

# United States Bankruptcy Court
# Eastern District of Michigan

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): **Michigan Timber and Truss, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **5524** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State): **3401 E. Court Street, Flint, MI** ZIP CODE **48506** | Street Address of Joint Debtor (No. & Street, City, and State): ZIP CODE |
| County of Residence or of the Principal Place of Business: **Genesee** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP CODE | Mailing Address of Joint Debtor (if different from street address): ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): **3401 E. Court Street, Flint, Mic** | ZIP CODE **higan** |

**Type of Debtor** (Form of Organization) (Check **one** box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)
_____

**Nature of Business** (Check **one** box)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity** (Check box, if applicable)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Michigan Timber and Truss, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed: **NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) ☑ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X **Not Applicable**<br>Signature of Attorney for Debtor(s)      Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

          (Name of landlord that obtained judgment)

          (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Michigan Timber and Truss, Inc.** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only **one** box.) ☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached. ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| X **Not Applicable** Signature of Debtor | X **Not Applicable** (Signature of Foreign Representative) |
| X **Not Applicable** Signature of Joint Debtor | (Printed Name of Foreign Representative) |
| Telephone Number (If not represented by attorney) | |
| Date | Date |

| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |
|---|---|
| X **/s/Dennis M. Haley** Signature of Attorney for Debtor(s) **Dennis M. Haley  Bar No.  P-14538** Printed Name of Attorney for Debtor(s) / Bar No. **Winegarden, Haley et. al. P.L.C** Firm Name **G-9460 S. Saginaw Street, Suite A Grand Blanc, MI 48439** Address **(810) 767-3600    (810) 579-1748** Telephone Number **8/10/2011    DHaley@Winegarden-Law.com** Date    E-Mail Address *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. **Not Applicable** Printed Name and title, if any, of Bankruptcy Petition Preparer Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) Address |
| **Signature of Debtor (Corporation/Partnership)** | X **Not Applicable** Date Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above. Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. If more than one person prepared this document, attach to the appropriate official form for each person. *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition. X **/s/ Thomas R. VanEvery** Signature of Authorized Individual **Thomas R. VanEvery** Printed Name of Authorized Individual **President** Title of Authorized Individual **8/10/2011** Date | |

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In re: **Michigan Timber and Truss, Inc.**

Debtor

Case No. _____

Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of **3** sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated: **8/10/2011**

Signed: **/s/ Thomas R. VanEvery**
**Thomas R. VanEvery**

Signed: **/s/Dennis M. Haley**
**Dennis M. Haley**
Attorney for Debtor(s)
Bar no.: **P-14538**
**Winegarden, Haley et. al. P.L.C**
**G-9460 S. Saginaw Street, Suite A**
**Grand Blanc, MI 48439**
Telephone No.: **(810) 767-3600**
Fax No.: **(810) 579-1748**
E-mail address: **DHaley@Winegarden-Law.com**

| | | |
|---|---|---|
| City of Troy<br>500 West Big Beaver Road<br>Troy MI 48084 | ADP, Inc.<br>P.O. Box 9001006<br>Louisville KY 40290-1006 | AFLAC<br>Remittance Processing<br>1932 Wynnton Road<br>Columbus GA 31999-0001 |
| American Express<br>P.O. Box 0001<br>Los Angeles CA 90096-0001 | Arrow Automotive<br>2931 E. Court Street<br>Flint MI 48506 | Assurant<br>P.O. Box 807009<br>Kansas City MO 64184-7009 |
| Automatic Stamping<br>P.O. Box 585<br>Edenton NC 27932 | Bank of America, N.A.<br>2600 W. Big Beaver Road<br>Troy MI 48309 | Banner Life Insurance Co.<br>P.O. Box 740526<br>Atlanta GA 30374-0526 |
| Bloch Lumber Co., Inc.<br>8003 Solutions Center<br>Chicago IL 60677-8000 | Blue Cross Blue Shield<br>P.O. Box 674416<br>Detroit MI 48267-4416 | C&S Services<br>P.O. Box 156<br>ATtica MI 48412 |
| Cabelas VISA<br>P.O. Box 82575<br>Lincoln NE 68501-2575 | Century Construction<br>2301 West Main Street<br>Lansing MI 48917 | Chase Business Cards<br>P.O. Box 94014<br>Palatine IL 60094-4014 |
| City of Flint<br>Treasurer<br>1101 S. Saginaw Street<br>Flint MI 48502 | Clark Hill PLC<br>255 S. Old Woodward Avenue<br>Birmingham MI 48009-6179 | Complete Packaging<br>2661 American Drive<br>Troy MI 48083 |
| Consumers Energy<br>Lansing MI 48937-0001 | Dubose Strapping, Inc.<br>P.O. Box 674435<br>Detroit MI 48267-4435 | Eacom Timber<br>395 De Maisonneauve Quest<br>9th Floor<br>Montreal Quebec<br>H3A 1L6 CANADA |
| Eclipse Capital<br>2207 Orchard Lake Road<br>Sylvan Lake MI 48320 | Fastenal<br>P.O. Box 1286<br>Winona MN 55987-1286 | Fasteners, Inc.<br>P.O. Box 8397<br>Grand Rapids MI 49518-8397 |
| Federal Express<br>P.O. Box 371461<br>Pittsburgh PA 15250-7461 | Federal Paper & Supply Co.<br>2305 Kent Street<br>Flint MI 48503 | Foster Blue Water<br>36065 Water Street<br>Richmond MI 48062 |
| GCR Tire Centers<br>Dept 530<br>Denver CO 80291-0530 | Genesys Occupational<br>Department CH 17784<br>Palatine IL 60055-7784 | Geneys Regional Medical Center<br>Box 773273<br>Chicago IL 60677 |

| | | |
|---|---|---|
| Gulf Lumber<br>P.O. Box 1664<br>Mobile AL 36633 | Hanrahan Carey CPA<br>P.O. Box 1049<br>Royal Oak MI 48068 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 |
| ITW<br>2820 N. Great Southwest Parkway<br>Grand Prairie TX 75050 | Kohl Harris Nolan<br>4000 S. Oak Street, Ste 200<br>Metamora MI 48455 | Law Offices Kelly Whipple<br>627 Fort Street<br>Port Huron MI 48060 |
| Lumber & Building<br>P.O. Box 3355<br>Farmington Hills MI 48333 | McLaren Occupational Health<br>Dept 77672<br>Detroit MI 48277-0672 | Michigan Business & Profession<br>27700 Hoover Road<br>Warren MI 48093 |
| Michigan Timber Wholesale Distr<br>P.O. Box 90458<br>Burton MI 48509 | MLBMA Employee Benefit Trust<br>P.O. Box 27038<br>Lansing MI 48909 | NA Mans Lumber<br>P.O. Box 202<br>Trenton MI 48183 |
| North Pacific<br>c/o Tim Baxter & Associates<br>P.O. Box 2669<br>Farmington Hills MI 48333-2669 | Office of the US Trustee<br>211 West Fort Street, Ste 700<br>Detroit MI 48226 | Probuild Holdings<br>125 West 5th Street<br>P.O. Box 5550<br>Winonna MN 55987 |
| Shell Credit Card<br>P.O. Box 183019<br>Columbus OH 43218-3019 | Simpson Strong Tie<br>P.O. Box 45687<br>San Francisco CA 94145-0687 | SITKA<br>Roosen Varchetti & Oliver<br>P.O. Box 380170<br>Clinton Twp MI 48038 |
| Sprint<br>P.O. Box 4181<br>Carol Stream IL 60197-4181 | State of Michigan<br>Michigan Department of Treasury<br>Detroit MI 48277 | T.R. Miller<br>P.O. Box 708<br>Brewton AL 36427 |
| Taylor & Morgan, PC<br>G-2302 Stonebridge, Bldg D<br>Flint MI 48532 | TCF Equipment Finance, Inc.<br>1922 Solutions Center<br>Lockbox 771922<br>Chicago IL 60677-1009 | Thomas Van Every<br>P.O. Box 88<br>Metamora MI 48455 |
| Tom Carey Settlement<br>11074 E 32 1/2 Road<br>Cadillac MI 49601 | Tri-State Forest Products, Inc.<br>P.O. Box 712129<br>Cincinnati OH 75271-2129 | VanEvery Trust<br>c/o Bank of America<br>NC1-00<br>Charlotte NC 28230-9985 |
| Verizon Wireless<br>P.O. Box 15062<br>Albany NY 12212-5062 | WAASI<br>P.O. Box 625<br>Newport WA 99156-0625 | Waste Management<br>P.O. Box9001054<br>Louisville KY 40290 |

```
Wimsatt Building Materials      Xerox Corp
Dept 175901                     P.O. Box 802555
Detroit MI 48267                Chicago IL 60680-2555
```

# United States Bankruptcy Court

## Eastern District of Michigan

In re:  
**Michigan Timber and Truss, Inc.**

Case No.  
Chapter **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Thomas R. VanEvery**, declare under penalty of perjury that I am the **President** of **Michigan Timber and Truss, Inc.**, a **Michigan** Corporation and that on the following resolution was duly adopted by the of this Corporation:

"Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Thomas R. VanEvery**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

Be It Further Resolved, that **Thomas R. VanEvery**, **President** of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

Be It Further Resolved, that **Thomas R. VanEvery**, **President** of this Corporation, is authorized and directed to employ **Dennis M. Haley**, attorney and the law firm of **Winegarden, Haley et. al. P.L.C** to represent the Corporation in such bankruptcy case."

Executed on: **8/10/2011**

Signed: **/s/ Thomas R. VanEvery**  
Thomas R. VanEvery

## UNITED STATES BANKRUPTCY COURT
### Eastern District of Michigan

In re: **Michigan Timber and Truss, Inc.**, Case No.
Debtor                                                                Chapter **11**

# Exhibit "A" to Voluntary Petition

1. If any of debtor's securities are registered under section 12 of the Securities and Exchange Act of 1934, the SEC file number is .

2. The following financial data is the latest available information and refers to debtor's condition on **June 30, 2011**.

   a. Total assets                                              $ **2,035,727.23**

   b. Total debts (including debts listed in 2.c., below)       $ **4,456,698.73**

                                                                          Approximate number of holders

   c. Debt securities held by more than 500 holders.
      secured          unsecured          subordinated

   d. Number of shares of preferred stock

   e. Number of shares of common stock                                              **1**

   Comments, if any:

3. Brief description of debtor's business:

   **Manufacturer**

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

   **Thomas R. VanEvery**

Exhibit A - Page 1

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Michigan

In re **Michigan Timber and Truss, Inc.**, Case No. _____
 Debtor
 Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **City of Flint**<br>**Treasurer**<br>**1101 S. Saginaw Street**<br>**Flint MI 48502** | | | | **$208,645.24** |
| **Gulf Lumber**<br>**P.O. Box 1664**<br>**Mobile AL 36633** | | | | **$129,071.69** |
| **Law Offices Kelly Whipple**<br>**627 Fort Street**<br>**Port Huron MI 48060** | | | | **$72,622.81** |
| **City of Troy**<br>**500 West Big Beaver Road**<br>**Troy MI 48084** | | | | **$71,093.50** |
| **Michigan Timber Wholesale**<br>**Distribution**<br>**P.O. Box 90458**<br>**Burton MI 48509** | | | | **$65,000.00** |
| **ITW**<br>**2820 N. Great Southwest Parkway**<br>**Grand Prairie TX 75050** | | | | **$55,962.65** |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Michigan Timber and Truss, Inc.**, Case No. _____
                    Debtor                    Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Hanrahan Carey CPA<br>P.O. Box 1049<br>Royal Oak MI 48068 | | | | $50,000.00 |
| Eacom Timber<br>395 De Maisonneauve Quest<br>9th Floor<br>Montreal Quebec<br>H3A 1L6 CANADA | | | | $42.668.05 |
| Tom Carey Settlement<br>11074 E 32 1/2 Road<br>Cadillac MI 49601 | | | | $42,500.00 |
| Automatic Stamping<br>P.O. Box 585<br>Edenton NC 27932 | | | | $34,239.70 |
| Chase Business Cards<br>P.O. Box 94014<br>Palatine IL 60094-4014 | | | | $30,000.43 |
| Clark Hill PLC<br>255 S. Old Woodward Avenue<br>Birmingham MI 48009-6179 | | | | $27,542.33 |

**B4 (Official Form 4) (12/07)4 -Cont.**

In re **Michigan Timber and Truss, Inc.**, Case No. _____

 Debtor  Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| T.R. Miller<br>P.O. Box 708<br>Brewton AL 36427 | | | | $27,027.32 |
| Probuild Holdings<br>125 West 5th Street<br>P.O. Box 5550<br>Winonna MN 55987 | | | | $24.617.35 |
| Foster Blue Water<br>36065 Water Street<br>Richmond MI 48062 | | | | $23,082.11 |
| Eclipse Capital<br>2207 Orchard Lake Road<br>Sylvan Lake MI 48320 | | | | $14,262.50 |
| Lumber & Building<br>P.O. Box 3355<br>Farmington Hills MI 48333 | | | | $10,720.00 |
| Century Construction<br>2301 West Main Street<br>Lansing MI 48917 | | | | $10,000.00 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Michigan Timber and Truss, Inc.**, Case No. _____
           Debtor                                 Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Blue Cross Blue Shield** P.O. Box 674416 Detroit MI 48267-4416 | | | | **$9,414.29** |
| **NA Mans Lumber** P.O. Box 202 Trenton MI 48183 | | | | **$8.531.67** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Thomas R. VanEvery, President of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **8/10/2011**        Signature: **/s/ Thomas R. VanEvery**

                                      **Thomas R. VanEvery ,President**
                                      (Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

## United States Bankruptcy Court
## Eastern District of Michigan

In re: **Michigan Timber and Truss, Inc.**  Case No.

# List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| **Thomas R. VanEvery** **P.O. Box 88** **Metamora MI 48455** | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **Thomas R. VanEvery**, **President** of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: **8/10/2011**

/s/ Thomas R. VanEvery

**Thomas R. VanEvery, President, Michigan Timber and Truss, Inc.**
Debtor

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

List of Equity Security Holders - Page 1

11-33801-dof    Doc 1    Filed 08/10/11    Entered 08/10/11 15:31:52    Page 14 of 15

# United States Bankruptcy Court
# Eastern District of Michigan

In re **Michigan Timber and Truss, Inc.**　　　　　　　Case No.

　　　Debtor.　　　　　　　　　　　　　　　　　　Chapter　**11**

## STATEMENT OF CORPORATE OWNERSHIP

Comes now **Michigan Timber and Truss, Inc.** (the "Debtor") and pursuant to Fed. R. Bankr. P. 1007(a) and 7007.1 state as follows:

_____　All corporations that directly or indirectly own 10% or more of any class of the corporation's equity interests are listed below:

**Owner**　　　　　　　　　　　　　　　　　　　**% of Shares Owned**

**None**

OR,

　**X**　　There are no entities to report.

By **/s/Dennis M. Haley**
**Dennis M. Haley**
Signature of Attorney

| | |
|---|---|
| Counsel for | **Michigan Timber and Truss, Inc.** |
| Bar no.: | **P-14538** |
| Address.: | **Winegarden, Haley et. al. P.L.C**<br>**G-9460 S. Saginaw Street, Suite A**<br>**Grand Blanc, MI 48439** |
| Telephone No.: | **(810) 767-3600** |
| Fax No.: | **(810) 579-1748** |
| E-mail address: | **DHaley@Winegarden-Law.com** |